## Town of Pawnee, Sangamon County, Illinois, Appellee, v. Walter H. Hagler et al., Appellants.

### Gen. No. 9,324.

308

 Heard in this court at October term, 1942; opinion filed October 29, 1942. Frank R. Eagleton, for appellants; Roscoe Bonjean, for appellee. Opinion by PRESIDING JUSTICE RIESS. ''Not to be published in full.''